```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ALFREDO PACHECO,
11              Petitioner,                   No. CIV S-09-2739 GGH P
12       vs.
13   W. MCDONALD,
14              Respondent.                   ORDER
15   _____/
```

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Also, petitioner has filed a request for a 90 day extension of time to file a reply to respondent's answer. Petitioner is granted forty-five days to file a reply to the answer. No further extensions of time will be granted but for a showing of substantial cause.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's January 8, 2010, request for appointment of counsel (Docket No. 10) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner's January 8, 2010, request for an extension of time (Docket No. 11) is granted; and

3. Petitioner is granted forty-five days from the date of this order in which to file a reply to the answer.

DATED: January 19, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
pach2739.110+111